MORRISDALE COAL COMPANY, Respondent, *v.* CZARNIKOW, MACDOUGALL & COMPANY, LIMITED, Appellant.

*Morrisdale Coal Co.* v. *Czarnikow, MacDougall & Co., Limited,* 145 App. Div. 915, affirmed.
  (Argued December 3, 1912; decided December 17, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 9, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover on contract.

*Edmund F. Harding* for appellant.

*Ernest A. Cardozo* and *Edgar J. Nathan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.